# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

CYNTHIA ILENE FLEMING,

        Petitioner,                      Case No. 17-cv-13719
                                                  Hon. Matthew F. Leitman

v.

SHAWN BREWER,

        Respondent.

_____/

## **JUDGMENT**

In accordance with the Court's Opinion and Order entered on August 24, 2018,

(1) The Petition for Writ of Habeas Corpus is DENIED WITH PREJUDICE.

(2) A Certificate of Appealability is DENIED.

(3) Petitioner is granted leave to appeal *In Forma Pauperis.*

Dated at Flint, Michigan, this 24th day of August, 2018.

                                        DAVID J. WEAVER
                                        CLERK OF COURT


                        By:     s/Holly A. Monda
                                  Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge